1  JENNIFER L. CHO (State Bar No. 174664)
   LAW OFFICES OF SUSAN R. WASSERMAN
2  5055 Wilshire Blvd., Suite 340
   Los Angeles, CA 90036
3  Telephone: 323-954-9600
   Fax: 323-954-9616
4  E-mail: lawoffice5750@aol.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MELISSA ZINNER, | NO. CV 12-01632 RZ |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of seven hundred dollars and no cents ($700.00), subject to the provisions of the EAJA.

Dated: July 24, 2012       _/s/ Ralph Zarefsky_____

THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE