JENNIFER L. CHO (State Bar No. 174664)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELISSA ZINNER, </br></br>     Plaintiff, </br></br>     vs. </br></br> MICHAEL J. ASTRUE, Commissioner of Social Security, </br></br>     Defendant. | NO. CV 12-01632 RZ </br></br> **[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of seven hundred dollars and no cents ($700.00), subject to the provisions of the EAJA.

Dated: July 24, 2012          _____
                              THE HONORABLE RALPH ZAREFSKY
                              UNITED STATES MAGISTRATE JUDGE